092-16

# ELECTRONIC RECORD

COA # 05-14-01612-CR          OFFENSE: Traffic Offenses

STYLE: Robert Earl Marzett v. The State of Texas          COUNTY: Dallas

COA DISPOSITION: AFFIRMED          TRIAL COURT: County Criminal Court of Appeals No. 1

DATE: 05/29/15          Publish: NO          TC CASE #: MC14R0009-D

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Robert Earl Marzett v. The State of Texas          CCA #: 092-16

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 05/04/2016          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**